# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:16-CV-604-RJC-DCK

| | |
|---|---|
| LISA D. WALLER, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| WAL-MART ASSOCIATES, INC.; and<br>WAL-MART STORES, INC., | )<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on Defendants' "Consent Motion To Stay Initial Attorney Conference And Filing Of Certificate Of Initial Attorney Conference" (Document No. 5) filed August 22, 2016. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting Plaintiff's consent, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that "Consent Motion To Stay Initial Attorney Conference And Filing Of Certificate Of Initial Attorney Conference" (Document No. 5) is **GRANTED**. The parties shall conduct an Initial Attorney's Conference on or before **September 9, 2016**, and file a Certification of Initial Attorney's Conference on or before **September 16, 2016**.

**SO ORDERED**.

Signed: August 22, 2016

David C. Keesler
United States Magistrate Judge